NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUNNY HILLS ALF OF SEBRING, INC., )
d/b/a SUNNY HILLS OF SEBRING, )
                                   )
        Appellant, )
                                   )
v. )          Case No. 2D18-162
                                   )
RICHARD J. IKE, JR., as next friend of )
Richard J. Ike, Sr., )
                                   )
        Appellee. )
_____ )

Opinion filed August 17, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Highlands County;
Michael E. Raiden, Judge.

Chanel A. Mosley and Janice L. Merrill of
Marshall, Dennehey, Warner, Coleman, &
Goggin, Orlando, for Appellant.

Heather M. Kolinsky of Law Office of
Chad A. Barr, P.A., Altamonte Springs, for
Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, LUCAS, and BADALAMENTI, JJ., Concur.